# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERALD SCATTAGLIA, JR., individually and on behalf of all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and JOHN DOES 1-10,<br>Defendant(s). | Civil Action No. 2:21-cv-12750-BRM-JRA<br><br>Hon. Brian Martinotti<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Gerald Scattaglia, Jr., and Defendant Mercedes-Benz USA, LLC, by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

DATED: October 31, 2023

| | |
|---|---|
| /s/ *Lewis G. Adler*<br>Lewis G. Adler<br>LAW OFFICE OF LEWIS ADLER<br>26 Newton Avenue<br>Woodbury, NJ 08096<br>Phone: 856 845-1968<br>lewisadlter@verizon.net | /s/ *Eric Gladbach*<br>Eric Gladbach<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 556-2100<br>Fax: (212) 556-2222<br>egladbach@kslaw.com<br><br>Stephen B. Devereaux<br>(admitted *pro hac vice*)<br>Madison H. Kitchens<br>(admitted *pro hac vice*)<br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Phone: (404) 572-4600<br>Fax: (404) 572-5100 |

1

|  | sdevereaux@kslaw.com <br> mkitchens@kslaw.com <br><br> Troy M. Yoshino <br> (admitted *pro hac vice*) <br> Eric J. Knapp <br> (admitted *pro hac vice*) <br> WINSTON & STRAWN LLP <br> 101 California Street <br> Suite 3500 <br> San Francisco, CA 94111 <br> Phone: (415) 591-1000 <br> tyoshino@winston.com <br> eknapp@winston.com <br><br> ***Attorneys for Defendant Mercedes-Benz USA, LLC*** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends email notification of such filing to any attorneys of record.

This 31st day of October 2023.

/s/ Eric Gladbach
Eric Gladbach

SO ORDERED: [signature]
DATED: 1 Nov 2023